STATE OF CONNECTICUT *v.* AUGUSTUS J. SIMMONS

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 804, is denied.

*Augustus J. Simmons,* pro se, in support of the petition.

*Geoffrey Marrion,* deputy assistant state's attorney, in opposition.

Decided February 2, 1988

RONALD TYLER *v.* GEORGE D. BRONSON, WARDEN

The plaintiff's petition for certification for appeal from the Appellate Court, 12 Conn. App. 621, is denied.

*Suzanne Zitser,* assistant public defender, and *Joette Katz,* public defender, in support of the petition.

*Judith Rossi,* deputy assistant state's attorney, in opposition.

Decided February 2, 1988

STATE OF CONNECTICUT *v.* ANGEL NIEVES

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 60, is denied.

*David A. Moraghan,* special public defender, in support of the petition.

*Susan C. Marks,* deputy assistant state's attorney, in opposition.

Decided February 2, 1988